MATTHEW OKONKWO.
(Petitioner)

UNITED STATE OF AMERICA,
(Plaintiff)

DECLARATION IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

RECEIVED

1:07cv1062-MHT

2007 DEC -5 A 9:15

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, __Matthew Okonkwo__, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?
   ☐ Yes   ☒ No

   (a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____

   (b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. __N/A__

2. Have you received, within the past twelve (12) months, any money from the following sources:
   (a) Business, profession or form of self-employment?    ☐ Yes   ☒ No
   (b) Rent payments, interest or dividends?                ☐ Yes   ☒ No
   (c) Pensions, annuities or life insurance payments?      ☐ Yes   ☒ No
   (d) Gifts or inheritances?                               ☐ Yes   ☒ No
   (e) Any other source?                                    ☐ Yes   ☒ No

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months:  __N/A__

3. Do you own any cash, or do you have money in a checking or savings account?  __NO__
   *(Include any funds in prison accounts)*

   ☐ Yes   ☒ No

   If the answer is "yes", state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
   *(Exclude ordinary household furnishings and clothing)*                              __N/A__

   ☐ Yes   ☐ No

   If the answer is "yes", describe the property and state its approximate value: _____

CV-67 (2/98)

MOTION
28 U.S.C. § 2255

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.  **N/A**

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on **November 25, 2007**

Date

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ **27.30** on account to his credit at the **McRae Correctional Facility** institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

Dated: **November 29, 2007**

_____
Authorized Officer of Institution

_____
Title of Officer

---

CV-67 (2/98)

MOTION
28 U.S.C. § 2255