IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW OKONKWO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv1062-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Upon consideration of the petitioner's motion to amend to correct paragraph 2 of page 18 of his memorandum in support of his 28 U.S.C. § 2255 motion (Doc. No. 8; Dec. 20, 2007), and for good cause, it is

ORDERED that this motion (Doc. No. 8) is GRANTED.

Done this 21th day of December, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE