IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW OKONKWO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv1062-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on January 4, 2008 (Doc. No. 12), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from January 11, 2008, to and including January 18, 2008, to file a response to the petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on December 11, 2007.

Done this 7th day of January, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE