IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW OKONKWO,** ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:07cv1062-MHT |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

ORDER

It is ORDERED that defendant United States of America show cause, if any there be, in writing by January 16, 2008, as to why petitioner Matthew Okonkwo's motion to stay deportation proceedings (Doc. No. 11) should not be granted.

DONE, this the 7th day of January, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**