IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW OKONKWO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV. NO.  1:07cv1062MHT |
| | ) | CR. NO.  1:06cr101MHT |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S AMENDED RESPONSE TO PETITIONER'S MOTION FOR DEPORATION PROCEEDING INJUNCTION IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 HABEAS CORPUS**

COMES NOW the United States of America, by and through its attorney, Leura G. Canary, United States Attorney, and, as grounds for the amended response, states as follows:

Reference is made to Document #16 filed January 15, 2008, on Matthew Okonkwo. The mailing address on the certificate of service for Mr. Okonkwo is incorrect. The government respectfully requests that the response be amended to show his correct address.

Respectfully submitted this 17th day of January, 2008.

        Respectfully submitted,

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Andrew O. Schiff
        ANDREW O. SCHIFF
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        (334) 223-7280
        (334) 223-7135 fax
        andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW OKONKWO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV. NO.  1:07cv1062MHT |
| | ) | CR. NO.  1:06cr101MHT |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Matthew Okonkwo, #A27 906 495, Stewart Detention Center, c/o U.S. Immigration & Customs Enforcement, 146 CCA Road, Lumpkin, Georgia 31815.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
andrew.schiff@usdoj.gov