IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MATTHEW OKONKWO,            )
                            )
          Petitioner,       )
                            )
     v.                     )        CV. NO.  1:07cv1062MHT
                            )
UNITED STATES OF AMERICA,   )
                            )
          Respondent.       )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the January 11, 2008, Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

❑    This party is an individual, or

☒    This party is a governmental entity, or

❑    There are no entities to be reported, or

⊠      The following entities and their relationship to the party are hereby reported: None.

Dated this the 17th day of January, 2008.

                                    Respectfully submitted,

                                    LEURA G. CANARY
                                    UNITED STATES ATTORNEY

                                    /s/Andrew O. Schiff
                                    ANDREW O. SCHIFF
                                    Assistant United States Attorney
                                    Post Office Box 197
                                    Montgomery, Alabama 36101-0197
                                    (334) 223-7280
                                    (334) 223-7135 fax
                                    andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MATTHEW OKONKWO,                    )
                                    )
              Petitioner,           )
                                    )
       v.                           )        CV. NO.  1:07cv1062MHT
                                    )
UNITED STATES OF AMERICA,           )
                                    )
              Respondent.           )

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:  Matthew Okonkwo, #A27 906 495, Stewart Detention Center, c/o U.S. Immigration & Customs Enforcement, 146 CCA Road, Lumpkin, Georgia 31815.

                          Respectfully submitted,

                          LEURA G. CANARY
                          UNITED STATES ATTORNEY


                          /s/Andrew O. Schiff
                          ANDREW O. SCHIFF
                          Assistant United States Attorney
                          Post Office Box 197
                          Montgomery, Alabama 36101-0197
                          (334) 223-7280
                          (334) 223-7135 fax
                          andrew.schiff@usdoj.gov