IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW OKONKWO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv1062-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

It is ORDERED that petitioner Matthew Okonkwo's motion to stay deportation proceedings (Doc. No. 11) is denied.

DONE, this the 18th day of January, 2008.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE