**IN THE DISTRICT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

RECEIVED

2008 JAN 24  A 9: 34

| | | |
|---|---|---|
| MATTHEW OKONKWO | ) | |
| Petitioner | ) | DEBRA P. HACKETT |
| Against | ) | U.S. DISTRICT COURT |
| | ) | Case Number 1:07-CV-MHT  STRICT ALA |
| UNITED STATES OF AMERICA | ) | |
| Respondent | ) | 1:07-CV-1062-MHT |

NOTICE OF CHANGE OF ADDRESS

This is to notify you of the new and current address of the petitioner. The new address is as follows:

MATTHEW OKONKWO
27906495
STEWART DETENTION CENTER
P. O. BOX 248,
LUMPKIN, GA 31818

Please note that this new address is effective since January 7th 2008 and since then no corresponce in

respect of the motions pending in this court has been received by the petitioner.

Respectfully submitted.

Matthew S. Okonkwo,
Petitioner.

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 18th day of January 2008, serve a copy of the foregoing notice of change of address in support of motion under 28 U.S.C. section 2255 in paper format, by placing same in the United States Postal Service, deposited in mail box at Stewart Detention Center, properly addressed and first class postage paid upon:

Mr. Andrew O. Schiff,
Assistant United States Attorney,
United States Attorney's Office,
Montgomery, Alabama 36104

Matthew S. Okonkwo
27906495
Stewart Detention Center
P. O. Box 248
Lumpkin GA 31818

COLUMBUS GA 319

22 JAN 2008 PM 1 L

USA First-Class

Office of the CLERK,
United States District Court
P. O. Box 711
Montgomery, AL 36101-0711

36101+0711