. IN THE DSTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW OKONKWO,<br>Petitioner, | )<br>)<br>) |
| v. | ) Civil Action No. 1:07cv1062-MHT |
| | ) |
| UNITED STATES OF AMERICA,<br>Resondent, | )<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

The following is my new address, please update you record.

**MATTHEW S. OKONKWO**
**ETOWAH COUNTY DETENTION CENTER**
**827 FOREST AVENUE**
**GADSDEN, ALABAMA 35901**

No mail from this court has been reccieved since December 27th 2007, therefore, if any has been returned, please forward to the above address.

Respectfully submitted this January 30th 2008

*[signature]*

Matthew S. Okonkwo
Petitioner,
Etowah County Jail,
 827 Forest Avenue,
Gadsden AL 35901

4

Matthew Okonkwo
279064 95
Etowah County Jail
827 Forest Ave
Gadsden, Al 35901



Office of the CLERK
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711