IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW OKONKWO, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:07cv1062-MHT |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of the petitioner's "Motion to Reject Government's Response as Untimely Filed" (Doc. No. 24), it is

ORDERED that this motion (Doc. No. 24) be and is hereby DENIED. The government's response was timely filed on January 18, 2008.

In the interest of judicial economy, the Clerk is DIRECTED to furnish the petitioner with copies of the affidavits of attorneys Russell T. Duraski (Doc. No. 7) and Ben E. Bruner (Doc. No. 10).

It is further

ORDERED that the petitioner be GRANTED an extension from February 13, 2008, to and including February 27, 2008, to file a reply to the government's response to his 28 U.S.C. § 2255 motion.

Done this 5th day of February, 2008.

                                              /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE