IN THE DSTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MATTHEW OKONKWO,           )
Petitioner,                )
                           )
       v.                  ) Civil Action No. 1:07cv1062-MHT
                           )
UNITED STATES OF AMERICA,  )
Resondent,                 )

## MOTION FOR DISCOVERY

COMES NOW, Petioner Matthew Okonkwo, proceeding pro-se, and respectfully moves this Honorable Court to furnish him all discovery associated with this criminal case number 1:06cr101-MHT.

(1) The petitioner is requesting for the following documents
    (a) all evidence used during Grand Jury Trial
    (b) Grand Jury Trial Transcripts
    (c) All interview documents associated with tax payers during investigation.
    (d) March 5th 2007 Trial Transcript on Motion for New Attorney concerning Mr. Bruner's removal from the case.
    (e) Trial Discovery

(2) That trial attorney Mr. Bruner never furnished any of these discovery to petitioner.

(3) That petitioner learned from his affidavit that there were over 1000 pages of discovery and petitioner needs them for his motion under 2255.

Wherefore, the petitioner prays this Honorable Court to grant this motion in the interest of Justice Economy.

Respectfully submitted this 19th day of March, 2008.

MAATHEW S. OKONKWO, pro-se
A# 27906495
Etowah County Jail,
827 Forest Avenue,
Gadsden, AL 35901

. IN THE DSTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW OKONKWO, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv1062-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Resondent, | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 19th day of March 2008, served a copy of the foregoing motion for discovery in paper format, by placing the copy of the same in the United States Postal Service, deposited in the mail box at Etowah County Jail, postge paid and properly addressed as follows:

Mr. Andrew O. Schiff,
Assistant United States Attorney,
United States Attorney's Office,
One Court Square, Suite 201,
Montgomery, Alabama 36104

_____
Matthew S. Okonkwo
Petitioner,
Etowah County Jail,
 827 Forest Avenue,
Gadsden AL 35901

Matthew Okonkwo
279064-95
827 Forest Ave
Gadsden AL 35901





Clerk
Office of the Clerk
United States District Court
P. O. Box 711
Montgomery AL 36101-0711