IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW OKONKWO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Civil Action No. 1:07cv1062-MHT |

**ORDER ON MOTION**

Upon review of the petitioner's March 25, 2008, motion for discovery (Doc. No. 27), it is

ORDERED that his motion for discovery be and is hereby denied, as the petitioner has not demonstrated that the matters sought are necessary to the development and resolution of the claims presented in his 28 U.S.C. § 2255 motion.

Done this 27th day of March, 2008.

                                        /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE