IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW OKONKWO, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv1062-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Respondent. | ) | |

**OPINION**

On March 5, 2010, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, the court believes that the recommendation should be adopted. An appropriate judgment will be entered.

DONE, this the 26th day of March, 2010.

                                                /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE